**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
YAROSLAV SURIS, on behalf of himself and all
others similarly situated,

                                            **MOTION FOR**
                                            **DEFAULT JUDGMENT**
                 Plaintiff(s),        Case No.: 1:20-cv-06096-RRM-JRC

     -against-

COLLIVE CORPORATION and COLLIVE MEDIA
GROUP INC.,
                           Defendant(s).
------------------------------------------------------------------X

      Plaintiff YAROSLAV SURIS hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendant(s) COLLIVE CORPORATION and COLLIVE MEDIA GROUP INC., on the grounds that said Defendant(s) failed to answer or otherwise defend against the Complaint.

Dated: Manhasset, New York
       June 22, 2021                              Respectfully submitted,

                                             /s/   Mitchell Segal
                                        _____
                                        Mitchell Segal, Esq.
                                        Law Offices of Mitchell S. Segal, P.C.
                                        Attorney For Plaintiff
                                        1129 Northern Boulevard, Suite 404
                                        Manhasset, New York 11030
                                        Tel.: (516) 415-0100
                                        Fax: (516) 706-6631
                                        msegal@segallegal.com

  TO:

      COLLIVE CORPORATION
      c/o Department of State
      One Commerce Plaza
      99 Washington Avenue
      Albany, New York 12231

COLLIVE CORPORATION
1650 Eastern Parkway, Suite 406
Brooklyn, New York 11233

COLLIVE MEDIA GROUP INC.
c/o Department of State
One Commerce Plaza
99 Washington Avenue
Albany, New York 12231

COLLIVE MEDIA GROUP INC.
1217 President Street
Brooklyn, New York 11225