**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YAROSLAV SURIS, on behalf of himself and all others similarly situated,

                                       **DEFAULT JUDGMENT**

                    Plaintiff(s),

                                      Case No.: 1:20-cv-06096-RRM-JRC

         -against-

COLLIVE CORPORATION and COLLIVE MEDIA GROUP INC.,

                    Defendant(s).
-----------------------------------------------------------------X

This action having been commenced on December 15, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendants, COLLIVE CORPORATION and COLLIVE MEDIA GROUP INC., on December 24th, 2020 at 03:15 pm at Secretary of State of New York State, Department of State, 99 Washington Avenue, Albany, New York 12207 by James Boland on COLLIVE CORPORATION and COLLIVE MEDIA GROUP INC., and a proof of service having been filed on December 29, 2020 and the Defendants not having answered the Complaint, and a Certificate of Default was entered by the Clerk of the Court on April 21, 2021, it is

ORDERED, ADJUDGED AND DECREEED: That the Plaintiff on behalf of himself and all others similarly situated have a Class and Subclass be certified and have judgment against Defendants in an amount to be determined an inquest along with attorney fees plus costs and these disbursements of this action.

Dated: Manhasset, New York
       June 22, 2021.                              _____
                                                           U.S.D.J.

                                        This document was entered on the docket
                                        on _____.