UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YAROSLAV SURIS, on behalf of himself and
all others similarly situated,

                      Plaintiff,                                20-cv-06096-RRM-CLP

      -     against –                             **CERTIFICATE OF DEFAULT**

COLLIVE CORPORATION and
COLLIVE MEDIA GROUP INC.,

                      Defendants.
-----------------------------------------------------------X

       I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants COLLIVE CORPORATION and COLLIVE MEDIA GROUP INC., have not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendants COLLIVE CORPORATION and COLLIVE MEDIA GROUP INC., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       April 21, 2021

                                                  DOUGLAS C. PALMER, Clerk of the Court
                                              By: *Jalitza Poveda*
                                                     Deputy Clerk