**LAW OFFICES OF MITCHELL S. SEGAL, P.C.**
1129 NORTHERN BOULEVARD
SUITE 404
MANHASSET, NEW YORK 11030
Ph: (516) 415-0100
Fx: (516) 706-6631

N.Y.C. Office
137 Fifth Avenue, 9th Floor
New York, N.Y. 10010
Ph: (212) 388-9444

Civil Rights Bureau
New York State Attorney General's Office
28 Liberty Street
New York, NY 10005

December 12, 2020

Re: Lawsuit – Yaroslav Suris, on behalf of himself and all others similarly situated v. COLLIVE CORPORATION and COLLIVE MEDIA GROUP INC.

To whom it may concern:

Please let this correspondence serve as notice pursuant to N.Y. Civil Rights Law § 41 that Plaintiff Yaroslav Suris, on behalf of himself and all others similarly situated, by his attorney, the Law Offices of Mitchell S. Segal, P.C., is filing a discrimination action under N.Y. Civil Rights §40 against the Defendants, COLLIVE CORPORATION and COLLIVE MEDIA GROUP INC., for discrimination violations.

Defendants discriminate against the Plaintiff and the Class under CVR § 40 as Defendants' Website is a public accommodation that does not provide full and equal accommodations, advantages, facilities and privileges to all persons and discriminates against the deaf and hard of hearing individuals due to its lack of closed captioning.

If you have any questions, please do not hesitate to contact me. Thank you.

Very truly yours,

Mitchell Segal