# Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Tue 12/15/2020 4:12 PM
To: msegal@segallegal.com <msegal@segallegal.com>

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

```
Account Number: 4226475
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: ANYEDC-13841488
Approval Code: 180393
Card Number: ************3004
Date/Time: 12/15/2020 04:11:39 ET
```

NOTE: This is an automated message. Please do not reply

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
Phone: (212) 267-6448
Fax: (212) 267-5942

**INVOICE**

Invoice #NHI-2020014003
3/1/2021

Original Date: 12/29/2020



Mitchell Segal
Segal Legal
1010 Northern Boulevard
Suite 208
Great Neck, NY 11021

Your Contact: Mitchell Segal
**Case Number: Eastern 20-CV-6096 RRM-CLP**

Plaintiff:
**Yaroslav Suris, on behalf of himself and all other similarly situated**

Defendant:
**COLLIVE CORPORATION and COLLIVE MEDIA GROUP INC.**

Served: 12/24/2020 3:15 pm
To be served on: Collive Corporation C/O Department Of State

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 0.50 | 79.95 | 39.98 |
| Secretary of State Fee | 1.00 | 40.00 | 40.00 |
| Check Fee | 1.00 | 3.00 | 3.00 |
| copy cost | 56.00 | 0.25 | 14.00 |
| **TOTAL CHARGED:** | | | $96.98 |
| **BALANCE DUE:** | | | $96.98 |

Please enclose a copy of this invoice with your payment.

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
Phone: (212) 267-6448
Fax: (212) 267-5942

**INVOICE**

Invoice #NHI-2020014004
3/1/2021

Original Date: 12/29/2020



Mitchell Segal
Segal Legal
1010 Northern Boulevard
Suite 208
Great Neck, NY 11021

Your Contact: Mitchell Segal
**Case Number: Eastern 20-CV-6096 RRM-CLP**

Plaintiff:
**Yaroslav Suris, on behalf of himself and all other similarly situated**

Defendant:
**COLLIVE CORPORATION and COLLIVE MEDIA GROUP INC.**

Served: 12/24/2020 3:15 pm
To be served on: Collive Media Group C/O Department Of State

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Service Fee (Local) | 1.00 | 79.95 | 79.95 |
| Secretary of State Fee | 1.00 | 40.00 | 40.00 |
| Check Fee | 1.00 | 3.00 | 3.00 |
| copy cost | 56.00 | 0.25 | 14.00 |

TOTAL CHARGED: $136.95

**BALANCE DUE:** $136.95

Please enclose a copy of this invoice with your payment.