AFFIRMATION OF SERVICE

State of New York     )
                           ss.)
County of Suffolk     )

I, Mitchell Segal, Esq. being declare under the penalty of perjury that;

1.  I am over 18 years of age and not a party to this action and reside in Suffolk County, State of New York 11977.

2. On the 25th day of June, 2021, deponent served the annexed Motion For Default Judgment, Affirmation In Support of Motion For Default Judgment, Memorandum of Law In Support of Default Judgment, Legal Fee Statement, Proposed Default Judgment Order and Exhbits on COLLIVE CORPORATION c/o Department of State, One Commerce Plaza, 99 Washington Avenue, Albany, New York 12231 and 27 Union Square W #500, New York, NY 10003 and 1650 Eastern Parkway, Suite 406, Brooklyn, New York 11233, and on COLLIVE MEDIA GROUP INC., c/o Department of State, One Commerce Plaza, 99 Washington Avenue, Albany, New York 12231, and 1217 President Street, Brooklyn, New York 11225, by first class mail by depositing the envelope in an official depository under the exclusive care and custody of the United States Postal service within the State of New York.

Dated:  Westhampton, New York
          June 25, 2021

Mitchell Segal, Esq.