```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
YAROSLAV SURIS, on behalf of himself and
all others similarly situated,

                    Plaintiff,                    JUDGMENT
        v.                                        20-CV-6096 (AMD) (JRC)

COLLIVE CORPORATION and
COLLIVE MEDIA GROUP INC.,
                    Defendants.
---------------------------------------------------------------X
```

A Memorandum and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on February 23, 2022, adopting the Report and Recommendation of Magistrate Judge James R. Cho, dated January 10, 2022, awarding the plaintiff $1,000 in compensatory damages, $500 in statutory damages, $1,783.27 in attorney's fees and $635.93 in costs, and denying the plaintiff's requests for punitive damages and class-wide relief; it is

ORDERED and ADJUDGED that the plaintiff is awarded a total amount of $3,919.20; and that the plaintiff's requests for punitive damages and class-wide relief is denied.

| | |
|---|---|
| Dated: Brooklyn, New York<br>February 25, 2022 | Brenna B. Mahoney<br>Clerk of Court |
| | By:  /s/Jalitza Poveda<br>      Deputy Clerk |